UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO OROZCO; JOVITA OROZCO;<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NA; ACE SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES 2007-ASAP1 ASSET BACKED PASS-THROUGH CERTIFICATIONS; NOVELLE FINANCIAL SERVICES, INC.; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LCC;<br><br>Defendant. | CASE NO. CV 10-01664 MMM (VBKx)<br><br>JUDGMENT FOR DEFENDANTS |

On March 16, 2011, the court entered an order to show cause why the case should not be dismissed for lack of prosecution. Plaintiffs failed to respond to the court's order, and consequently, the court entered an order on May 26, 2011 dismissing plaintiffs' complaint with prejudice pursuant to Rule 41(b). Accordingly,

1 | IT IS ORDERED AND ADJUDGED that
2 | 1. That plaintiffs take nothing by way of their complaint; and
3 | 2. That the action be, and it hereby is, dismissed.

DATED: May 26, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE